UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
MICHAEL A. STARCHER, et al.  : CASE NO. 15-CV-01741
:
       Plaintiffs, :
:
vs. : ORDER AND OPINION
:
STATE FARM INSURANCE :
COMPANIES, et al., :
:
       Defendants. :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On July 23, 2015, Plaintiffs Michael Starcher et al. filed a complaint in the Court of Common Pleas, Cuyahoga County, Ohio, against Defendants State Farm Insurance Companies and UAW Retiree Medical Benefit Trust.[1/] On August 28, 2015, Defendants filed a Notice of Removal under diversity jurisdiction.[2/] On September 4, 2015, Plaintiffs filed a Motion to Remand to state court.[3/] On September 25, 2015, this Court denied Plaintiffs' motion to remand.[4/]

On September 1, 2015, the Cuyahoga County Court of Common Pleas made a nunc pro tunc entry dismissing Defendant UAW Retiree Medical Benefits Trust. That order indicated that Plaintiffs had filed a notice of dismissal as to Defendant UAW.

In their answer, Defendant State Farm points out that Plaintiffs named both "State Farm

---

[1/]Doc. 1-2.
[2/]Doc. 1.
[3/]Doc. 5.
[4/]Doc. 7.

Case No. 15-CV-01741
Gwin, J.

Insurance Companies" and "State Farm Mutual Automobile Insurance Companies" as Defendants. Defendants indicate that "State Farm Insurance Companies" does not exist as a legal entity.[5]

For the reasons discussed above, the Court **ORDERS** Plaintiffs to file motion to dismiss UAW Retiree Medical Benefits Trust as a defendant. The Court also orders Plaintiffs to file a motion to dismiss erroneously named Defendant "State Farm Insurance Companies" and to instate "State Farm Mutual Automobile Insurance Companies" as the correctly named Defendant.

IT IS SO ORDERED.

Dated: December 9, 2015                 s/  *James S. Gwin*
                                        JAMES S. GWIN
                                        UNITED STATES DISTRICT JUDGE

---

[5] Doc. 1-3.